```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  916-554-2700
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )   MAG. NO. S-04-255 GGH
                                   )
11          Plaintiff,             )   MOTION AND ORDER
                                   )   DISMISSING CRIMINAL
12      v.                         )   COMPLAINT
                                   )
13  NINOSKA ESTRELLA HERMANN,      )
                                   )
14          Defendant.             )
    _____)
15
```

16    The United States of America, by and through its undersigned
17 attorney, Kenneth J. Melikian, Assistant United States Attorney,
18 respectfully requests that this Court dismiss the above-captioned
19 Complaint against defendant NINOSKA ESTRELLA HERMANN.  The
20 Complaint charges the defendant with traveling in interstate
21 commerce to avoid state prosecution, and the defendant was
22 recently located and apprehended.  This motion is made pursuant
23 to the provisions of Fed.R.Crim.P. 48(a).

24 DATED: April 7, 2009                Respectfully submitted,

25                                     LAWRENCE G. BROWN
                                       Acting United States Attorney
26

27                                     By: /s/ Kenneth J. Melikian
                                       KENNETH J. MELIKIAN
28                                     Assistant U.S. Attorney

                                  1

O R D E R

IT IS ORDERED THAT the above-captioned Complaint be and is hereby dismissed against defendant NINOSKA ESTRELLA HERMANN.

DATED: April 7, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/hermann0255.ord